## BANKRUPTCY.

### PERDY against WALKER. *Bennington* 1816.

IN Error. A note was given by Perdy, of Troy, in New-York, at said Troy, to J. A. of Manchester, in the State of Vermont, and afterwards at said Manchester, in Vermont, en-

dorsed to H. Walker, of said Manchester : Afterwards said Perdy took the benefit of the bankrupt law, in the State of New-York, and plead this in bar of the present action, brought by H. Walker on the note.   Held bad on general demurrer.